

# 𝔉𝔬𝔲𝔯𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
## 𝔖𝔞𝔫 𝔄𝔫𝔱𝔬𝔫𝔦𝔬, 𝔗𝔢𝔵𝔞𝔰

January 13, 2022

No. 04-21-00461-CR

D'Andria **BALDERRAMA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6542
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's record was due on December 6, 2021. After the due date, court reporter Mary Beth Sasala filed a notification of late reporter's record.

On December 22, 2021, we ordered Appellant to provide written proof to this court that the reporter's record has been requested and any payment arrangements, if applicable, were made.

On January 13, 2022, Mary Beth Sasala filed a notification of late record indicating (1) Appellant paid for the record and (2) she expects to complete the record by February 6, 2022.

The court reporter's request is GRANTED. The reporter's record is due on February 7, 2022.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court